Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO CRIPPA, <br> Petitioner, <br> vs. <br> LEROY D. BACA, et al., <br> Respondents. | Case No. CV 11-2537-JST (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and respondents are ordered to either release petitioner or provide a bond hearing within 30 days of the date of the Order Accepting the Report and Recommendation.

Dated: July 1, 2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

1